UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DORAN ALLEN,<br><br>                              Plaintiff,<br><br>-against-<br><br>SCOTT STRINGER, NEW YORK CITY COMPTROLLER; WARDEN, AMKC C-95,<br><br>                              Defendants. | 20-CV-8122 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 2, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines under 28 U.S.C. § 1367(c) to exercise supplemental jurisdiction over Plaintiff's state law claims and dismisses such claims without prejudice to Plaintiff's refiling them.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 2, 2020
         New York, New York

                                                          _____
                                                                Louis L. Stanton
                                                                   U.S.D.J.